UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL D. DRESDNER,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY JAIL AND SHERIFFS,<br><br>Defendants. | No. 2:23-cv-2038 DAD KJN P<br><br>ORDER |

On March 19, 2024, the assigned magistrate judge recommended that this action be dismissed based on plaintiff's failure to file an amended complaint. On March 25, 2024, plaintiff filed a motion for extension of time to amend outside of the initial deadline based on the death of her husband while incarcerated, and the loss of another family member. Having considered the request, the court orders the findings and recommendations vacated, and grants plaintiff sixty days from the date of this order in which to file an amended complaint. The undersigned expresses condolences for plaintiff's losses. Plaintiff is cautioned, however, that she must adhere to future court deadlines and timely seek an extension of time if required.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 7) are vacated;

2. Plaintiff's motion for an extension of time (ECF No. 8) is granted; and

1

3. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

Dated:  March 29, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/dres2038.36