UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHERYL D. DRESDNER, et al.,

Plaintiffs,

v.

SACRAMENTO COUNTY JAIL, et al.,

Defendants.

No.  2:23-cv-2038 DAD CSK P

ORDER

On December 3, 2025, plaintiffs each filed a notice of election form purporting to elect to file a fourth amended complaint in response to the November 3, 2025 order.  (ECF Nos. 25-27.) However, none of these filings were accompanied by a proposed fourth amended complaint. Plaintiffs are granted 21 days from the date of this order to file a fourth amended complaint.  If no fourth amended complaint is timely filed, the Court will order service of process on defendants Deputy Arnold and Dylan Schmidt and recommend that the remaining claims be dismissed without prejudice, based on the November 3, 2025 screening order.  No further extensions of time will be granted.

IT IS HEREBY ORDERED that plaintiffs are granted 21 days from the date of this order in which to file a fourth amended complaint.  No further extensions of time will be granted.

Dated:  January 20, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/dres2038.noc