UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHERYL D. DRESDNER, et al.,

Plaintiffs,

v.

SACRAMENTO COUNTY JAIL, et al.,

Defendants.

No. 2:23-cv-2038 DAD CSK P

ORDER

On July 13, 2026, defendants lodged a proposed protective order signed by counsel for both defendants Deputy Arnold and Dylan Schmidt. Although the protective order references "the parties," which includes plaintiffs, the filing does not bear any signature by a plaintiff nor reference defendants' efforts to obtain a stipulation from the plaintiffs. Defendants may not enter into a unilateral protective order without plaintiffs. Defendants must either file a stipulated protective order or if they are unable to obtain a stipulated protective order, they must file a motion for protective order. See L.R. 230(l). Accordingly, IT IS HEREBY ORDERED that defendants' proposed protective order (ECF No. 43) is disregarded.

Dated: August 17, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/dres2038.pod